IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORVILLE M. MORRIS,

      Plaintiff,

  vs.

CALIFORNIA STATE PRISON –
SACRAMENTO; NEW FOLSOM
STATE PRISON; CALIFORNIA
DEPARTMENT OF CORRECTIONS
AND REHABILITATION; B.
MCCULLOCH; D. ROTH; PELICAN
BAY STATE PRISON,

      Defendants.

_____/

No. C 17-5608 WHA (PR)

**ORDER OF TRANSFER**

(Dkt. No. 2, 9)

      Plaintiff is an inmate at Kern Valley State Prison in Delano, California. The complaint asserts claims under 42 U.S.C 1983 against two officials at California State Prison ("CSP") – Sacramento for allegedly violating his rights there. He also names the California Department of Corrections and Rehabilitation ("CDCR"), New Folsom State Prison, CSP Sacramento, and Pelican Bay State Prison as defendants. The two individual defendants, the CDCR, New Folsom, and CSP Sacramento are located within the venue of the United States District Court for the Eastern District of California. The events giving rise to the complaint took place in Sacramento, which is also within the Eastern District. Plaintiff is not located within the venue of this district. As a result, the proper venue for this civil rights action is the Eastern District of California. *See* 28 U.S.C. 1391. Accordingly, this case is **TRANSFERRED** to the United States

District Court for the Eastern District of California. *See* 28 U.S.C. 1404(a), 1406(a). Ruling on plaintiff's motion for leave to proceed in forma pauperis is deferred to the Eastern District.

The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED.**

Dated: October __30__, 2017.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE