UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORVILLE M. MORRIS, <br><br> Plaintiff, <br><br> v. <br><br> CSP-SACRAMENTO, et al., <br><br> Defendants. | No. 2:17-cv-2286 AC P <br><br> ORDER AND FINDINGS AND RECOMMENDATIONS |

By order issued June 6, 2019, plaintiff's complaint was dismissed, and thirty days leave to file an amended complaint was granted. ECF No. 17. On July 9, 2019, plaintiff was granted an additional sixty days within which to file an amended complaint. ECF No. 21. Sixty days from that date have now expired, and plaintiff has not filed an amended complaint.[1]

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court randomly assign a District Court Judge to this action.

IT IS FURTHER RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days

---

[1] Plaintiff's motion to appoint counsel, filed August 29, 2019, was denied on September 5, 2019. ECF Nos. 22, 23, respectively.

1

after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: October 16, 2019

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE